# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PERRY TURNER**             \*

                            \*

**VERSUS**                   \*        **CIVIL ACTION NO. 06-1455**

                            \*

**DYNMcDERMOTT PETROLEUM**    \*        **SECTION S**

**OPERATIONS COMPANY**        \*        **JUDGE MARY ANN VIAL LEMMON**

                            \*        **MAGISTRATE 1**

\*    \*    \*    \*    \*    \*    \*

## DEFENDANT'S PROPOSED JURY INTERROGATORIES

We, the jury, being duly impaneled in the above-captioned matter, unanimously find as follows:

1.    Did the Plaintiff prove by a preponderance of the evidence that Defendant discharged him because he filed a False Claims Act lawsuit against Defendant's subcontractor, Pinkerton Government Services, Inc.?


_____          _____

            NO                                      YES

If you answered "no" to question 1, then indicate that, sign this form, and return to the courtroom.

If you answered is "yes" to question 1, then proceed to question 2.


2.    What amount of compensatory damages, if any, do you award Plaintiff?

            Compensatory damages        \$_____


_____

                    JURY FOREPERSON